IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2098-D

| | | |
|---|---|---|
| TRAVARES WATERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |

On June 1, 2026, Travares Waters ("Waters" or "petitioner"), proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On June 2, 2026, Magistrate Judge Jones issued an order of deficiency directing Waters to file his petition on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Waters that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id.

Waters failed to comply with Magistrate Judge Jones's order, and the time within which to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clark v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This _7_ day of July, 2026.

JAMES C. DEVER III
United States District Judge